1  ROBERT D. CHRISTENSON, #076060
   CHRISTENSON LAW FIRM
2  472 WEST PUTNAM AVENUE
   PORTERVILLE, CALIFORNIA   93257
3
   (559) 784-4934   Telephone
4  (559) 784-3431   Facsimile

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| JULIE CLEMMONS, | CASE NO: 1:09-cv-0469 GSA |
| Plaintiff, | |
| vs | STIPULATION AND ORDER TO EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from October 15, 2009 to November 14, 2009.

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

Respectfully submitted,

*/s/ Robert D. Christenson*

Dated:  October 9, 2009
**ROBERT D. CHRISTENSON**
Attorney for Plaintiff

Dated: October 9, 2009

**McGREGOR W. SCOTT**
United States Attorney
**LUCILLE GONZALES MEIS**
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Armand D. Roth*

_____
*Per e-mail authorization this date*
**ARMAND D. ROTH**
Assistant Regional Counsel
Social Security Administration
Attorneys for Defendant

## ORDER

Having reviewed the request, this stipulaton is adopted by this court.

IT IS SO ORDERED.

**Dated:   October 9, 2009**          /s/ **Gary S. Austin**
_____
UNITED STATES MAGISTRATE JUDGE